UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jason Robert Bartig, | File No. 25-cv-315 (ECT/LIB) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Saint Louis County, *Minnesota Department of Health and Human Services*, John Does 1-10, *Inclusive*, and Luann Stanius, | |
| Defendants. | |

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation on June 17, 2025. ECF No. 4. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 4] is **ACCEPTED**; and

2. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 2, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court